FILED

01/13/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0672

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0672

| | |
|---|---|
| DANIELA VACCARO,<br><br>              Appellant and Petitioner,<br><br>vs.<br><br>THREE FORKS AREA AMBULANCE SERVICE,<br><br>              Appellee and Respondent. | **ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF** |

On Appeal from the Montana Eighth Judicial District Court, Gallatin County, the Honorable Andrew Bruener, Presiding District **Court Case No. DV-16-2023-408 & DV-16-2023-1053.**

**APPEARANCES:**

David B. Gallik
Gallik Law Office, PLLC
1124 Billings Ave.
Helena, MT 59601

Catherine L. Dinwiddie
Law of Office of Catherine Dinwiddie,
P.O. Box 673          PLLC
Belgrade, MT 59714

Upon consideration of Appellant's request for additional time to file their Opening Brief with no objection from Appellee's Counsel and good cause appearing,

IT IS HEREBY ORDERED that the Appellant is granted additional time up to and including Monday February 10, 2025, within which to submit and/or file the Appellant's Opening Brief.

DATED this _____ day of January, 2025.

_____
Supreme Court Justice

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____, 2025, a true and correct copy of the foregoing document was served upon the following individuals in the manner set forth below:

| | |
|---|---|
| Catherine L. Dinwiddie<br>Law Office of Catherine Dinwiddie, PLLC<br> P.O. Box 673<br>Belgrade, Montana 5971 | X   Via E-Filing |
| David B. Gallik<br>Gallik Law Office, PLLC<br>1124 Billings Ave.<br>Helena, MT 59601 | X    Via E-Filing |
| Clerk of 18th Judicial District Court | X   Via E-Filing |

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 13 2025